1   ANDRÉ BIROTTE JR.
    United States Attorney
2   ROBERT E. DUGDALE
    Assistant United States Attorney
3   Chief, Criminal Division
    O. BENTON CURTIS III
4   Assistant Chief
    Fraud Section, Criminal Division
5   United States Department of Justice
    FRED MEDICK
6   Trial Attorney
    Fraud Section, Criminal Division
7   United States Department of Justice
    ALEXANDER F. PORTER
8   Trial Attorney
    Fraud Section, Criminal Division
9   United States Department of Justice
        1100 United States Courthouse
10      312 North Spring Street
        Los Angeles, California  90012
11      Telephone: (202) 320-8148
        E-mail: Benton.Curtis@usdoj.gov
12

13   Attorneys for Plaintiff
    United States of America



14

15   UNITED STATES DISTRICT COURT

16   FOR THE CENTRAL DISTRICT OF CALIFORNIA

17   UNITED STATES OF AMERICA,   )   NO. CR 12-905-R-3
                     )
18          Plaintiff,   )   [PROPOSED] FINDINGS OF FACT AND
                     )   CONCLUSIONS OF LAW AS TO
19      v.   )   DEFENDANT GODWIN ONYEABOR'S
                     )   SENTENCING
20   GODWIN ONYEABOR,   )
                     )
21         Defendant.   )
                     )
22   _____)

23

24       On September 9, 2013, the Court conducted the sentencing

25 hearing for defendant Godwin Onyeabor ("Onyeabor") in the above-

26 captioned matter.  Having considered Onyeabor's Pre-Sentence

27 Investigation Report ("PSR") and subsequent addendum, Onyeabor's

28 objections to the PSR (DE 212) and sentencing memorandum (DE 224),

the United States's response to Onyeabor's objections and

sentencing memorandum (DE 235), the files and records in this case, and such further argument that was presented by all parties at Onyeabor's sentencing, the Court makes the following findings of facts and conclusions of law:

(1) On April 24, 2013, following a 7-day trial, Onyeabor was found guilty of offenses with statutory maximum terms of imprisonment of less than twenty (20) years, conspiracy to commit health care fraud (18 U.S.C. § 1349), health care fraud (18 U.S.C. § 1347), and conspiracy to pay illegal health care kickbacks (18 U.S.C. § 371). Accordingly, his base offense level is 6, pursuant to pursuant to USSG §2B1.1(a)(2);

(2) Onyeabor's conduct resulted in an intended loss to the Medicare Program ("Medicare") of $1,498,155. Accordingly, a 16-level enhancement applies, pursuant to §2B1.1(b)(1)(I);

(3) Onyeabor was convicted of Federal health care offenses that involved a Government health care program and his conduct resulted in a loss greater than $1,000,000 and less than $7,000,000. Accordingly, a 2-level enhancement applies, pursuant to §2B1.1(b)(8)(I); and

(4) Both leading up to and during his sentencing, Onyeabor never demonstrated acceptance of responsibility for his conduct.

Based upon the above, the Court calculated an offense level of 24, which, when coupled with a Criminal History Category of I, resulted in an advisory guidelines range of 51 to 63 months' imprisonment.

1    The Court further considered all those factors set forth in
2    18 U.S.C. § 3553(a), including
3        (1) the nature and circumstances of the offenses and the
4        history and characteristics of Onyeabor;
5        (2) the need for the sentence imposed -
6            (A) to reflect the seriousness of the offenses, to
7            promote respect for the law, and to provide just
8            punishment for the offenses;
9            (B) to afford adequate deterrence to criminal conduct;
10           and
11           (C) to protect the public from further crimes of
12           Onyeabor;
13       (3) the kinds of sentences available; and
14       (4) the need to avoid unwarranted sentence disparities among
15       defendants with similar records who have been found guilty
16       of similar conduct.
17   In light of these factors, the Court imposed a low-end guidelines
18   sentence of 51 months' imprisonment.
19       IT IS SO ORDERED.
20   Sept. 9, 2013
21   DATE                        THE HONORABLE MANUEL L. REAL
22                               UNITED STATES DISTRICT JUDGE
23
24
25   Presented by:
26       /s/
     O. Benton Curtis III
27   Assistant Chief
     Criminal Division / Fraud Section
28

3